

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
JULY 15, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

BANKRUPTCY MINUTES - 11 U.S.C. Section 362 MOTIONS    30

CASE NO. RS09-14048MJ               DATE JULY 15, 2009
CHAPTER 7

TITLE AURORA LOAN SERVICES LLC V. CHAVEZ

**Hon. Meredith A. Jury, Bankruptcy Judge**

SERVICE:    ( ) Good        ( ) Defective        ( ) Proof Not Filed

Attorney(s) for Moving Party          Attorney(s) for Responding Party

_____       _____

_____       _____

( ) Use electronically lodged order (EL)
( ) Modifications to ELO:_____
(X) No Appearance; OFF CALENDAR (relief denied pending recalendaring)
( ) Default        ( ) After Hearing        ( ) By Stipulation

   ( ) Stay terminates forthwith / on _____
   ( ) Stay is annulled, subject to _____
   ( ) Stay terminates, no foreclosure sale before _____
   ( ) Stay remains in effect subject to adequate protection order:

      ( ) Payment by cashier's check or equivalent at movant's
      attorney's office of $_____ on or before _____
      ( ) Make current payments when due effective _____

         ( ) grace period per note    ( ) no grace period

      ( ) Upon breach of condition, movant shall give respondent and
         counsel written notice that the breach must be cured within
         10 days.  A maximum of ____ such letters must be given.
         If not cured, movant shall prepare, serve and submit to the court
         a declaration re failure to cure and proposed order for relief.
      ( ) $_____ per letter.
      ( ) 4001(e) is waived.
      ( ) Order binding for six months.
      ( ) This is a "chapter 20" order.  A subsequent chapter 13 is
         anticipated
( ) OTHER:_____

   _____
( ) Order to be submitted  ( ) to be lodged  ( ) no lodgement necessary
         ( ) Walk through

( ) Off Calendar

( ) Hearing continued on motion of ( ) Movant ( ) Respondent ( ) Both
   to _____ at _____.M. for

   ( ) preliminary hearing ( ) final hearing.  Stay remains in effect.
   ( ) Notice waived       ( ) _____ to give notice